IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PETER J. CLAY, DERIVATIVELY
AS A PROPERTY OWNER OF AND
ON BEHALF OF BUCKINGHAM
ESTATES HOMEOWNER'S
ASSOCIATION, INC., A NON-STOCK,
NON-PROFIT, CLOSE-HELD
FLORIDA CORPORATION,

      Appellant,

 v.                                   Case No.  5D22-392
                                      LT Case No. 2016-CA-001184

RALPH SANJURJO, LOFTON BARNES,
TERRI PRENDERGAST, JOE SARNOVSKY,
RYAN ALLEN, EDMOND ST. PIERRE,
SENTRY MANAGEMENT, INC., A
FLORIDA CORPORATION AND
BUCKINGHAM ESTATES
HOMEOWNERS ASSOCIATION, INC.,

      Appellees.

_____/

Decision filed February 7, 2023

Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Peter J. Clay, Sanford, pro se.

C. Ryan Jones and Ashley R. Kellgren, of Traub Lieberman Straus & Shrewsberry, LLP, St. Petersburg, for Appellees, Ralph Sanjurjo, Lofton Barnes, Terri Prendergast, Joe Sarnovsky, Ryan Allen, and Edmond St. Pierre.

Natasha E. Lias and Charles J. Meltz, of Telan, Meltz, Wallace & Eide, P.A., Orlando, for Appellee, Sentry Management, Inc.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., EDWARDS and BOATWRIGHT, JJ., concur.